Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAREEM MARTIN,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

21-CV-3268 (VB)
14-CR-0604-3 (VB)

**ORDER**

---

        In an Order to Amend dated May 10, 2021, the Court directed petitioner Kareem Martin to file an amended motion under 28 U.S.C. § 2255 by no later than July 9, 2021. The Clerk mailed the Order to Amend to petitioner at Big Sandy USP, at the address he provided when he filed his 2255 motion. That mailing was returned to the Court with the notation: "Return to Sender, Not Deliverable as Addressed, Unable to Forward."

        According to the Bureau of Prisons inmate locator website, petitioner is no longer located at Big Sandy USP, and is now located at Thomson USP. <u>Because petitioner apparently did not receive the Court's Order to Amend, the deadline for petitioner to file his amended Section 2255 motion is extended to **August 9, 2021**</u>. Petitioner shall carefully review the Order to Amend, and shall file his amended Section 2255 motion in accordance with the instructions in the Order to Amend. Specifically, in his amended Section 2255 motion, petitioner shall (1) present all grounds for relief and any facts in support of each ground, and (2) provide any and all facts about his inability to file the motion sooner. To be clear, petitioner shall file his amended Section 2255 motion with the Court by no later than **August 9, 2021**.

        Chambers will mail a copy of this Order, along with a copy of the Order to Amend, to petitioner at the following address:

    Kareem Martin, Reg. No. 71374-054
    USP Thomson
    U.S. Penitentiary
    P.O. Box 1002
    Thomson, IL 61285

        The Clerk shall update the docket to reflect petitioner's address as above.

Dated: June 9, 2021
       White Plains, NY

SO ORDERED:

*/s/ Vincent L. Briccetti*
Vincent L. Briccetti
United States District Judge