Copies Mailed/Faxed to Movant 7-16-21
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM MARTIN,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

21-CV-3268 (VB)
14-CR-0604-3 (VB)

ORDER TO ANSWER

VINCENT L. BRICCETTI, United States District Judge:

The Court, having concluded that the amended motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

By September 16, 2021, the U.S. Attorney's Office shall file an answer or other pleadings in response to the amended motion, addressing the merits and the timeliness issue. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:   July 16, 2021
        White Plains, New York

_____
VINCENT L. BRICCETTI
United States District Judge