Copies ___ Faxed ___
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
KAREEM MARTIN,                              :
      Petitioner,                          :
                               :   **SCHEDULING ORDER**
v.                                          :
                               :   21 CV 3268 (VB)
UNITED STATES OF AMERICA,                    :   14 CR 604-3 (VB)
      Respondent.                          :
-------------------------------------------------------x

      The Court has received from petitioner an executed Attorney-Client Privilege Waiver
(Informed Consent) form, which will be separately docketed.  Moreover, the Court has ordered
Mark S. DeMarco, Esq., to give sworn testimony, in the form of an affidavit, addressing the
allegations of ineffective assistance of counsel made by petitioner.

      Accordingly, by December 30, 2021, the government shall file its answer, including an
affidavit from Mr. DeMarco and/or other papers, in response to petitioner's amended Section
2255 motion.  Petitioner shall have until January 31, 2022, to file a reply to the government's
answer.  Absent further order, the Section 2255 motion shall be considered fully submitted as of
that date.

      All further papers filed or submitted must include both the civil docket number and the
criminal docket number, and shall be filed in both dockets.

      Petitioner is directed NOT to submit any further papers directly to Judge Briccetti's
Chambers.  Instead, petitioner shall mail any submissions to the Clerk of Court at the following
address:

      Pro Se Clerk
      United States District Court
      United States Courthouse
      300 Quarropas Street
      White Plains, NY  10601

      Chambers will mail a copy of this Order to petitioner Kareem Martin at the address on
the docket in case no. 21 CV 3268 (VB).

Dated: October 20, 2021
      White Plains, NY

                            SO ORDERED:

                            Vincent L. Briccetti
                            United States District Judge